UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

BRUCE BERNARD TOWNSEND, )
)
    Movant, )
)
v. )   Case No. CV410-287
)             CR498-106
UNITED STATES OF AMERICA, )
)
    Respondent. )

## ORDER

Bruce Bernard Townsend has filed a 28 U.S.C. § 2255 motion challenging this Court's revocation of his supervised release. CR498-106, doc. 807.[1] After the government moved to dismiss, the Court directed further briefing. Doc. 835. But the Court also paused to note Townsend's "Judicial Notice" filing, where he complained that prison officials have discriminated against him by failing to provide him with a diet that conforms to his religious beliefs. Doc. 829. The Court denied that "Notice" as frivolous. Doc. 835 at 2 n. 3.

Now Townsend moves for "Judgment on § 2255" on the same

---

[1] The Court is citing only to the criminal docket and using its docketing software's pagination; it may not always line up with each paper-document's printed pagination.

religious-discrimination claim. Doc. 836. The motion is **DENIED** as frivolous. Townsend obviously doesn't want to incur the $350 filing fee expense of filing a separate civil case to redress his religious-discrimination claim. So, he's resorted to trying to slip it in here, an action which costs him nothing.

He is wasting this Court's time. He will be sanctioned if he continues to do so (among other things, the Court can advise that his § 2255 motion be dismissed with prejudice as a contempt sanction).

**SO ORDERED** this  22nd  day of May, 2012.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2